CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Isabel Masanque, Esq., SBN 292673
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Rd., St. 300
San Diego, CA 92131
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

Lorraine Anderson
State Bar No.: 100040
2728 West 176th Street
Torrance, CA 90504
Voice: (310) 515-1586
Fax: 310 515-6180
Attorneys for Defendant
ATS Dhaka Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO DUARTE,<br><br>    Plaintiff,<br>v.<br><br>ATS DHAKA CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:18-CV-00072-DSF-AFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

    Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: July 12, 2019 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:   /s/ Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: July 12, 2019 | |
| 7 | | |
| 8 | | |
| 9 | | By:   /s/ Lorraine Anderson<br>Lorraine Anderson |
| 10 | | Attorneys for Defendant<br>ATS Dhaka Corporation |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Lorraine Anderson, counsel for ATS Dhaka Corporation, and that I have obtained authorization to affix her electronic signature to this document.

Dated: July 12, 2019         CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
          Amanda Lockhart Seabock
          Attorneys for Plaintiff